**DISMISS and Opinion Filed August 29, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00706-CV

**RONALD J. BIBB, JR. AND LEYONN P. SIMELTON, Appellants**

**V.**

**423 COLONY, LTD., Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01777-2020**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Myers

Before the Court is appellants' motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers//

220706f.p05

LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RONALD J. BIBB, JR. AND
LEYONN P. SIMELTON,
Appellants

No. 05-22-00706-CV     V.

423 COLONY, LTD., Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-01777-
2020.
Opinion delivered by Justice Myers.
Justices Carlyle and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 29th day of August, 2022.